UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KELLY SERVICES, INC., | ) | |
| Plaintiff(s), | ) | No. C05-1078 BZ |
| v. | ) | **SCHEDULING ORDER** |
| PRO UNLIMITED, INC., MATTEL, INC., and DOES ONE through TWENTY, | ) | |
| Defendant(s). | ) | |

    The motion of defendants Pro Unlimited, Inc. and Mattel, Inc. to dismiss or, in the alternative, to transfer to the United States District Court for the Eastern District of New York at Central Islip is scheduled to be heard on **September 7, 2005, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  **IT IS HEREBY ORDERED** that the briefing schedule is modified as follows:  any opposition to defendants' motion must be filed no later than **July 25, 2005.**  Any reply must

///

///

1

be filed no later than **August 1, 2005.**

Dated:  July 7, 2005

                                  _/s/ Bernard Zimmerman_
                                       Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\KELLY SERVICES\SCHEDULING.ORD.wpd

2